**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Eric S. Sheinhartz, Charles R. Albert, and Jeffrey Scott Parkinson,

Plaintiffs,

vs.

SATURN TRANSPORTATION SYSTEMS, INC., a Minnesota corporation, a/k/a Saturn Transportation Systems, and SATURN TRANSPORTATION SYSTEMS OF DELAWARE, LLC, a Delaware Limited Liability Company, a/k/a Saturn Transportation Systems,

Defendants.

**Civ. File No. 00-2489 PAM/JGL**

**STIPULATION AND ORDER**

---

The above-named parties hereby stipulate and consent to Defendant Saturn Transportation Systems, Inc. filing its Second Amended Answer and Amended Counterclaim to Plaintiffs' Amended Complaint and to Defendant Saturn Transportation Systems, LLC filing its Second Amended Answer to Plaintiffs' Amended Complaint.

IT IS FURTHER STIPULATED that an order in accordance with the terms of this Stipulation may be entered by the Court without further notice.

Dated: 2/13, 2001

**TRUCKERS JUSTICE CENTER**

By: [signature]

Paul O. Taylor, # 161962
4260 Heine Strasse
Eagan, Minnesota 55122
(651) 454-5800

**ATTORNEY FOR PLAINTIFFS**

FEB 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/13, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________

David B. Potter, #121642
Jennifer K. Eggers, #244582
Bret A. Puls, #305157
Plaza VII Office Tower, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR SATURN TRANSPORTATION, INC. AND SATURN TRANSPORTATION SYSTEMS, LLC**

**ORDER**

Upon the foregoing stipulation and the record and proceedings herein, the Court being advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that within 20 days of the date of this order, Defendant Saturn Transportation Systems, Inc. may file its Second Amended Answer and Amended Counterclaim to Plaintiffs Complaint and that Saturn Transportation Systems, LLC may file its Second Amended Answer to Plaintiffs Complaint.

Dated this 23rd day of May, 2001.

BY THE COURT:

Judge of the United States District Court,
District of Minnesota