UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2489 (PAM/JGL)

ERIC S. SHEINHARTZ, et al.,

Plaintiffs,

v. **PRETRIAL ORDER**

SATURN TRANSPORTATION SYSTEM, INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

2. Plaintiffs shall disclose all expert witnesses, including reports, by September 1, 2001; Defendants shall disclose all expert witnesses, including reports, by October 1, 2001;

3. The period during which the parties may seek discovery shall be completed by November 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to December 1, 2001; and

6. This case will be considered "ready for trial" as of February 1, 2002.

DATED: March 9, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED 3-9-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____