**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Eric S. Sheinhartz, Charles R. Albert, and Jeffrey Scott Parkinson,

Plaintiffs,

vs.

SATURN TRANSPORTATION SYSTEMS, INC., a Minnesota corporation, a/k/a Saturn Transportation Systems, and SATURN TRANSPORTATION SYSTEMS OF DELAWARE, LLC, a Delaware Limited Liability Company, a/k/a Saturn Transportation Systems,

Defendants.

**Civ. File No. 00-2489 PAM/JGL**

**STIPULATION AND ORDER**

---

The above-named parties hereby stipulate and consent to Defendant Saturn Transportation Systems, Inc. filing its Second Amended Counterclaim Against Plaintiffs and Cindy Sorenson.

IT IS FURTHER STIPULATED that an order in accordance with the terms of this Stipulation may be entered by the Court without further notice.

Dated: May 4, 2001

**TRUCKERS JUSTICE CENTER**

By: ______________________

Paul O. Taylor, # 161962
4260 Heine Strasse
Eagan, Minnesota 55122
(651) 454-5800

**ATTORNEY FOR PLAINTIFFS**

MAY 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/20/ ________, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________________

David B. Potter, #121642
Jennifer K. Eggers, #244582
Bret A. Puls, #305157
Plaza VII Office Tower, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR SATURN TRANSPORTATION, INC. AND SATURN TRANSPORTATION SYSTEMS, LLC**

**ORDER**

Upon the foregoing stipulation and the record and proceedings herein, the Court being advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that within 20 days of the date of this order, Defendant Saturn Transportation Systems, Inc. may file its Second Amended Counterclaim Against Plaintiffs and Cindy Sorenson

Dated this 4th day of May, 2001

BY THE COURT:

Judge of the United States District Court,
District of Minnesota