**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-2489 (PAM/JGL)

**ERIC S. SHEINHARTZ, CHARLES R. ALBERT, and JEFFERY SCOTT PARKINSON,**

Plaintiffs,

v.

**ORDER**

**SATURN TRANSPORTATION SYSTEM, INC., A MINNESOTA CORPORATION, a/k/a SATURN TRANSPORTATION SYSTEMS, and SATURN TRANSPORTATION SYSTEM OF DELAWARE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, a/k/a SATURN TRANSPORTATION SYSTEMS,**

Defendants.

and

**SATURN TRANSPORTATION SYSTEMS, INC., A MINNESOTA CORPORATION,**

Counterclaim Plaintiff,

v.

**ERIC S. SHEINHARTZ, CHARLES R. ALBERT, JEFFREY SCOTT PARKINSON, and CINDY SORENSON,**

Counterclaim Defendants.

FILED 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

APPEARANCES

Paul O. Taylor, Esq., for Plaintiffs.

David Bruce Potter, Esq., for Defendants.

The above-entitled matter came before the undersigned Magistrate Judge of District Court on June 21, 2001, on Plaintiffs' Motion for Leave to Amend Their Complaint (Doc. No. 22). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

The Court finds that Plaintiffs have shown good cause to amend their complaint. Federal Rule of Civil Procedure 15(a) governs a party's right to amend its pleadings, and leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a) (1999). Furthermore, Defendants do not oppose the motion. Accordingly, Plaintiffs' motion is granted.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend Their Complaint (Doc. No. 22) is **GRANTED**, and Plaintiffs are directed to file an Amended Complaint with the Clerk of Court and serve opposing counsel by June 28, 2001.

Dated: June 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge