UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Eric S. Sheinhartz, Charles R. Albert, and Jeffrey Scott Parkinson,

Plaintiffs,

vs.

SATURN TRANSPORTATION SYSTEMS, INC., a Minnesota corporation, and SATURN TRANSPORTATION SYSTEMS OF DELAWARE, LLC, a Delaware Limited Liability Company,

Defendants.

and

SATURN TRANSPORTATION SYSTEMS, INC., a Minnesota corporation,

Counterclaim Plaintiff

vs.

Eric S. Sheinhartz, Charles R. Albert, Jeffrey Scott Parkinson, and Cindy Sorenson,

Counterclaim Defendants

**Civ. File No. 00-2489 PAM/JGL**

**STIPULATION AND ORDER**

The above-named parties hereby stipulate, consent and jointly move the Court for entry of a revised scheduling order adding a period for discovery and briefing limited to class certification issues, and, accordingly, extending all dates listed on the March 9, 2001 Pretrial Order of this Court, which have not yet passed.

FILED - 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FURTHER STIPULATED that an order in accordance with the terms of this Stipulation may be entered by the Court without further notice.

Dated: July 26, 2001

**TRUCKERS JUSTICE CENTER**

By: ______________________

Paul O. Taylor, # 161962
4260 Heine Strasse
Eagan, Minnesota 55122
(651) 454-5800

**ATTORNEY FOR PLAINTIFFS**

Dated: July 11, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________

David B. Potter, #121642
Jennifer K. Eggers, #244582
Bret A. Puls, #305157
Plaza VII Office Tower, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR SATURN TRANSPORTATION, INC. AND SATURN TRANSPORTATION SYSTEMS, LLC**

**ORDER**

Upon the foregoing stipulation and the record and proceedings herein, the Court being advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the following schedule.

1. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

2. All issues regarding class certification shall be in accordance with the following schedule:

   a. All discovery relating to the merits of the case is hereby stayed until the issue of class certification is resolved.

   b. Discovery relating to class certification issues shall be completed by September 14, 2001.

   c. Plaintiffs must file and serve all motions and briefs in support of class certification by October 15, 2001.

   d. Defendant's responsive brief shall be filed and served by November 5, 2001.

   e. Plaintiffs' reply brief, if any shall be served and filed by November 12, 2001.

3. Plaintiffs shall disclose all expert witnesses, including reports, by January 11, 2002; Defendants shall disclose all expert witnesses, including expert reports by February 11, 2002.

4. The period during which the parties may seek discovery shall be completed by March 1, 2002.

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period must be filed no later than March 1, 2002.

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, no later than April 1, 2001. 2

7. This case will be considered "ready for trial" as of June 3, 2002.

Dated this 6 day of Aug, 2001.

BY THE COURT:

JONATHAN LEBEDOFF
Mag. Judge of the United States District Court,
District of Minnesota

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |