**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Eric S. Sheinhartz, Charles R. Albert and Jeffery Scott Parkinson,

Civ. File No. 00-2489 PAM/JGL

Plaintiffs,

vs.

Saturn Transportation System, Inc., a Minnesota Corporation, a/k/a Saturn Transportation Systems, and Saturn Transportation System of Delaware, LLC, A Delaware Limited Liability Company, a/k/a Saturn Transportation Systems,

Defendants.

and

Saturn Transportation Systems, Inc., a Minnesota corporation,

Counterclaim Plaintiff,

vs.

Eric S. Sheinhartz, Charles R. Albert, Jeffrey Scott Parkinson, and Cindy Sorenson,

Counterclaim Defendants.

---

**ORDER**

This matter came before the court pursuant to the motion of plaintiffs to adjust various scheduling order deadlines in view of the fact that the United States District Court has yet to rule on the matter of class certification.

FEB 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Appearing on behalf of plaintiffs were Karl L. Cambronne of Chestnut & Cambronne, P.A. and Paul O. Taylor, Esq.

Appearing on behalf of defendants was Bret A. Puls of Oppenheimer Wolff & Donnelly.

Upon consideration of all the records and files herein, and being mindful of the stay now in existence with respect to discovery, it is hereby ordered as follows:

1. Immediately upon issuance of the order addressing class certification by The Honorable Paul Magnuson, the parties shall schedule the status conference with the undersigned at which time new deadlines for completion of discovery, etc. will be established.

**BY THE COURT:**

Dated: [illegible], 2002

The Honorable Jonathan Lebedoff
United States District Court Judge