# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No. : 0:00cv2489 (PAM/JGL)
New Civil Case No.: 0:00cv2489 (JEL/JGL)

Sheinhartz, et al
v.
Saturn Transport

**IN RE: Notice for Reassignment of Civil Cases**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to transfer and reassign the above case to newly appointed **U. S. District Court Judge Joan Ericksen Lancaster** effective May 21, 2002.

Dispositive motions which were filed and scheduled before the previously assigned U. S. District Court Judge must be rescheduled and renoticed before **U. S. District Court Judge Joan Ericksen Lancaster.**

Questions or concerns regarding reassigned cases should be directed to Sheri Frette, calendar clerk for Judge Lancaster, at #651-848-1236.

**DATED: May 21, 2002**

**Richard D. Sletten, Clerk**

**FILED 5/21/02**
**Richard D. Sletten, Clerk**
**JUDGMENT ENT'D**
**DEPUTY CLERK**

55