UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

----------------------------------------------------------------------------------------------------

Eric S. Sheinhartz, Charles R. Albert, and Jeffrey Scott Parkinson,

Case No. 002489

Plaintiffs,

vs.

SATURN TRANSPORTATION SYSTEM, INC., a Minnesota corporation, a.k.a. Saturn Transportation Systems, and SATURN TRANSPORTATION SYSTEM OF DELAWARE, L.L.C., a Delaware Limited Liability Company, a.k.a. Saturn Transportation System,

Defendants.

and

SATURN TRANSPORTATION SYSTEMS, INC., a Minnesota corporation

Counterclaim Plaintiff

vs.

Eric S. Sheinhartz, Charles R. Albert, Jeffrey Scott Parkinson, and Cindy Sorenson,

Counterclaim Defendants.

----------------------------------------------------------------------------------------------------

**ORDER**

Based on the Affidavit of Sheila Landry, it is hereby ORDERED and directed that the remaining funds in this litigation be paid to SMRLS (Southern Minnesota Regional Legal Services) at the following address:

Southern Minnesota Regional Legal Services
166 East 4th Street, Suite 200
St. Paul, MN 55101

Dated: August 14, 2006

s/ Joan N. Ericksen
Joan N. Ericksen
Judge of U.S. District Court